**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| EMILY SMITH and * | |
| JOSEPH SMITH * | |
| Plaintiffs * | |
| * | |
| V. * | |
| * | NO: 4:14CV00761 SWW |
| CHAD CONDER, JOHN FENTON, and * | |
| the CITY OF PANGBURN, * | |
| ARKANSAS * | |
| Defendants * | |

## ORDER of DISMISSAL

By order entered December 21, 2016, the Court granted summary judgment in favor of Defendants John Fenton and the City of Pangburn. In the same order, the Court issued notice, pursuant to Federal Rule of Civil Procedure 56(f), that if no objections were filed, it would sua sponte enter summary judgment in favor of Defendant Chad Conder. The deadline for filing objections has expired, and no objections have been filed. Accordingly, summary judgment is hereby entered in favor of Defendant Chad Conder and all claims against him are dismissed with prejudice. Pursuant to the judgment entered together with this order, this case is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 24TH DAY OF JANUARY, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE