# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EMILY SMITH and | * | |
| JOSEPH SMITH | * | |
|     Plaintiffs | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00761 SWW |
| CHAD CONDER, JOHN FENTON, and | * | |
| the CITY OF PANGBURN, | * | |
| ARKANSAS | * | |
|     Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED THIS 24TH DAY OF JANUARY, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE